ROBERT AMADOR, ESQ.
(CA State Bar 269168)
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
Attorney for Plaintiff PAMELA SHEALY

UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PAMELA SHEALY,<br><br>      Plaintiff,<br><br>v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC;  and DOE 1-5,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 2:13-cv-01278-MEA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>NOTICE OF SETTLEMENT</u>

**NOTICE IS HEREBY GIVEN** that Plaintiff Pamela Shealy and Defendant Calvary Portfolio Services, LLC have reached a settlement in the above-captioned case.  The plaintiff will file a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

Date: August 1, 2013                               Respectfully submitted,

                                                              s/Robert Amador
                                                              _____
                                                              ROBERT AMADOR, ESQ.
                                                             (CA State Bar 269168)

2

                                       Attorney for Plaintiff PAMELA SHEALY
                                       Centennial Law Offices
                                       9452 Telephone Rd. 156
                                       Ventura, CA. 93004
                                       (888)308-1119 ext. 11
                                       (888)535-8267 fax

## CERTIFICATE OF SERVICE

I certify that on August 1, 2013, I mailed a copy of the foregoing NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

CAVALRY PORTFOLIO SERVICES, LLC
4050 E COTTON CENTER BLVD #20
PHOENIX, AZ  85040

                                                s/Robert Amador
                                      _____
                                      ROBERT AMADOR, ESQ.
                                      (CA State Bar 269168)
                                      Attorney for Plaintiff PAMELA SHEALY
                                      Centennial Law Offices
                                      9452 Telephone Rd. 156
                                      Ventura, CA. 93004
                                      (888)308-1119 ext. 11
                                      (888)535-8267 fax