ROBERT AMADOR, ESQ.
(CA State Bar 269168)
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
Attorney for Plaintiff PAMELA SHEALY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PAMELA SHEALY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:13-cv-01278-MEA |
| CAVALRY PORTFOLIO SERVICES, LLC; and DOE 1-5, | ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action with prejudice.

Date: August 27, 2013                           Respectfully submitted,

                                                s/Robert Amador
                                                _____
                                                ROBERT AMADOR, ESQ.
                                                (CA State Bar 269168)
                                                Attorney for Plaintiff PAMELA SHEALY
                                                Centennial Law Offices
                                                9452 Telephone Rd. 156
                                                Ventura, CA. 93004

1

2

(888)308-1119 ext. 11
(888)535-8267 fax

2

3

## CERTIFICATE OF SERVICE

I certify that on August 27, 2013, I mailed a copy of the foregoing NOTICE OF DISMISSAL, First Class U.S. Mail, to the following party:

CAVALRY PORTFOLIO SERVICES, LLC
4050 E COTTON CENTER BLVD #20
PHOENIX, AZ  85040

                                            s/Robert Amador
                                        _____
                                        ROBERT AMADOR, ESQ.
                                        (CA State Bar 269168)
                                        Attorney for Plaintiff PAMELA SHEALY
                                        Centennial Law Offices
                                        9452 Telephone Rd. 156
                                        Ventura, CA. 93004
                                        (888)308-1119 ext. 11
                                        (888)535-8267 fax

3